IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| **CARY CHAPIN, et al.**<br><br>　　　　　　**Plaintiffs,**<br>**v.**<br><br>**GREAT SOUTHERN WOOD PRESERVING INCORPORATED, et al.**<br><br>　　　　　　**Defendants.** | Civil No. CV-12-77<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW,** PUTNAM LUMBER & EXPORT COMPANY ("Putnam Lumber"); PUTNAM FAMILY PROPERTIES, INC. ("Putnam Family"), and MSI BUILDING SUPPLIES ("MSI") by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(ii) and subject to the terms of conditions of the agreements between the parties, hereby stipulate to dismiss without prejudice their third-party claims and cross claims among and between each other. These claims include:  DCF #13, 14, 19, 274, 458, 459.

**DATED** this 2nd day of December, 2014

*s/ Robert A. Carlson*
Robert A. Carlson, Esq.
LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE, APC
100 N. Biscayne Blvd., Suite 605
Miami, Florida 33132
rcarlson@lee-lawfirm.com
V.I. Bar No. 1245

**DATED** this 2nd day of December, 2014

*s/ Alex M. Moskowitz*
Alex M. Moskowitz, Esq.
Dudley, Topper, and Feuerzeig, LLP
P.O. Box 756
St. Thomas, VI 00804-0756
amoskowitz@dtflaw.com
V.I. Bar No. 1072

*Cary Chapin, et al. v. Great Southern Wood Preserving, Inc., et al.*
Civil Case No. CV-12-77
Stipulation for Voluntary Dismissal Without Prejudice
Page **2** of **3**

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that I served the foregoing, STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE on this the 2nd day of December, 2014, on the parties specified below:

Lee J. Rohn, Esq.
Lee J. Rohn and Associates, LLC
1101 King Street
Christiansted, St. Croix, USVI 00820
lee@rohnlaw.com
*Attorneys for Plaintiffs*

Charles LaDuca, Esq.
Michael Flannery, Esq.
Daniel Cohen, Esq.
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Charles@cuneolaw.com
MFlannery@cuneolaw.com
DanielC@cuneolaw.com
*Attorneys for Plaintiffs*

Daryl Barnes, Esq.
Bryant, Barnes, Beckstedt, & Blair, LLP
1134 King Street, 2nd Floor
Christiansted, VI 00820
dbarnes@bryantbarnes.com
*Attorneys for Great Southern Wood Preserving, Incorporated*

*Cary Chapin, et al. v. Great Southern Wood Preserving, Inc., et al.*
Civil Case No. CV-12-77
Stipulation for Voluntary Dismissal Without Prejudice
Page **3** of **3**

Lee Hollis, Esq.
Andrew "Drew" Kelly, Esq.
John Stewart Baker, IV
Lightfoot Franklin & White, LLC
400 North 20th Street
Birmingham, AL 35203
LHollis@lightfootlaw.com
DKelly@lightfootlaw.com
JBaker@lightfootlaw.com
*Attorneys for Great Southern Wood Preserving, Incorporated*

**via:** **CM/ECF** ☒ | **Mail** ☐ | **Fax** ☐ | **Hand Delivery** ☐ | **Email** ☐

*s/ Robert Carlson*
Robert A. Carlson