IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| CARY CHAPIN, et al.<br><br>     Plaintiffs,<br>v.<br><br>GREAT SOUTHERN WOOD<br>PRESERVING INCORPORATED, et al.<br><br>     Defendants. | Civil No. CV-12-77<br><br><br><br><br>JURY TRIAL DEMANDED |

**PUTNAM LUMBER & EXPORT COMPANY, INC. AND PUTNAM FAMILY PROPERTIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR BRIEF EXTENSION OF TIME**

  **COMES NOW,** PUTNAM LUMBER & EXPORT COMPANY ("Putnam Lumber") and PUTNAM FAMILY PROPERTIES, INC. ("Putnam Family") (collectively "Putnam Defendants"), by and through their undersigned counsel, and hereby submit their Opposition to Plaintiffs' Motion for Brief Extension of Time [DCF # 1315] and in support thereof states as follows:

1. It has become readily apparent from Plaintiffs' recent conduct that they intend, for whatever reason, to delay the disposition of this matter by not responding timely to <u>any</u> motion filed by the defendants in this matter.  The Plaintiffs then repeatedly file Motions for Extensions of Time after the expiration of the applicable deadlines.  This improper practice could not have been illustrated more clearly then when they filed a Motion for Extension of Time to Respond and Motion to File Responses Out of Turn to pending Motions for Summary Judgments on April 18,

*Cary Chapin, et al. v. Great Southern Wood Preserving, Inc., et al.*
Civil Case No. CV-12-77
Putnam Defendants' Opposition to Whitecap's Motion for Partial Summary Judgment
Page **2** of **4**

2016 [DCF # 1236 & 1237][1]. These were denied the same day [DCF # 1241 & 1242]. Then, one hour, later Plaintiffs began filing their Motions for Summary Judgment –presumably because they did not need the extension of time but moved for it anyway to delay.

2.   With regard to Plaintiffs' instant request for extension, Putnam Defendants filed their Motion in Limine as to Building Codes [DCF # 1167] and *Daubert* motion as to Kevin Flynn on April 1, 2016 [DCF # 1174]. As such, Plaintiffs' responses were due 14 days later on April 14, 2016 and April 15, 2016 respectively. Plaintiffs did not respond to the motions or request any extension of time from Putnam Defendants.

3.   Rather, on April 19, 2016, almost a week <u>after</u> the responses were due, Plaintiffs file the instant Motion for Extension of Time [DCF # 1315] requesting until April 26, 2016 –almost double the amount of time afforded to respond. The only basis of which is that Attorney Lee Rohn was in trial until April 21, 2016, and that attorney Rhea Lawrence, who works for Attorney Rohn, was in a conference until April 18, 2016. The motion does not indicate how long Attorney Lawrence was in this conference; why she could not respond to the motions before going to this conference; or why none of the other attorneys at Lee J. Rohn and Associates, LLC or its numerous co-counsel could not respond to the pending motions timely. In fact, no explanation is given at all as to why the instant request was not filed before the deadline expired or what good cause exists to grant the requested relief.

4.   Permitting the requested extension would prejudice Putnam Defendants. Trial in this matter is scheduled to commence on June 6, 2016, and the Court has ordered an evidentiary hearing

---

[1] Plaintiffs have filed similar motions relating to Motions for Summary Judgment filed by the parties as far back as November of 2015. Plaintiff did not file any responses until April 18, 2016 (six months later).

Case: 3:12-cv-00077-CVG-RM   Document #: 1336   Filed: 04/22/16   Page 3 of 4

*Cary Chapin, et al. v. Great Southern Wood Preserving, Inc., et al.*
Civil Case No. CV-12-77
Putnam Defendants' Opposition to Whitecap's Motion for Partial Summary Judgment
Page **3** of **4**

on the *Daubert* motion at issue for May 6, 2016 [DCF # 1319]. If Plaintiffs are permitted to respond on April 26, 2016, there would be insufficient time for Putnam Defendants to file their reply or for the Court to consider the evidence and argument in advance of the hearing.

5. Since the instant motion was filed untimely, does not establish any good cause to excuse the delay, and would prejudice Putnam Defendants in their reply, Plaintiffs' Motion should be denied.

WHEREFORE, Putnam Defendants respectfully requests that the Plaintiff's Motion for Brief Extension of Time [DCF # 1315] be DENIED.

DATED: April 22, 2016                           Respectfully Submitted,

*s/ Robert A. Carlson*
Robert A. Carlson, Esq.
LEE, HERNANDEZ, LANDRUM, &
GAROFALO APC
100 N. Biscayne Blvd., Suite 605
Miami, Florida 33132
Tel: (305) 377-2323
Fax: (305) 377-2320
rcarlson@lee-lawfirm.com
V.I. Bar No. 1245

**CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury that I served the foregoing, PUTNAM LUMBER & EXPORT COMPANY, INC. AND PUTNAM FAMILY PROPERTIES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR BRIEF EXTENSION OF TIME on this the 22nd day of April, 2016, on the parties specified below:

Lee J. Rohn, Esq.
Lee J. Rohn and Associates, LLC
1101 King Street
Christiansted, St. Croix, USVI 00820
lee@rohnlaw.com
*Attorneys for Plaintiffs*

*Cary Chapin, et al. v. Great Southern Wood Preserving, Inc., et al.*
Civil Case No. CV-12-77
Putnam Defendants' Opposition to Whitecap's Motion for Partial Summary Judgment
Page **4** of **4**

Charles LaDuca, Esq.
Michael Flannery, Esq.
Daniel Cohen, Esq.
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Charles@cuneolaw.com
MFlannery@cuneolaw.com
DanielC@cuneolaw.com
*Attorneys for Plaintiffs*

Chad C. Messier, Esq.
Alex M. Moskowitz, Esq.
Dudley, Topper, and Feuerzeig, LLP
P.O. Box 756
St. Thomas, VI 00804-0756
cmessier@dtflaw.com
amoskowitz@dtflaw.com
*Attorneys for Whitecap Investment Corp. d/b/a Paradise Lumber & MSI Building Supplies*

Daryl Barnes, Esq.
Bryant, Barnes, Beckstedt, & Blair, LLP
1134 King Street, 2nd Floor
Christiansted, VI 00820
dbarnes@bryantbarnes.com
*Attorneys for Great Southern Wood Preserving, Incorporated*

Lee Hollis, Esq.
Andrew "Drew" Kelly, Esq.
John Stewart Baker, IV
Lightfoot Franklin & White, LLC
400 North 20th Street
Birmingham, AL 35203
LHollis@lightfootlaw.com
DKelly@lightfootlaw.com
JBaker@lightfootlaw.com
*Attorneys for Great Southern Wood Preserving, Incorporated*

**via:   CM/ECF** ☒ **| Mail** ☐ **| Fax** ☐ **| Hand Delivery** ☐ **| Email** ☐

*s/ Robert Carlson*
Robert A. Carlson