*Lee J. Rohn*
(Lic. Texas and U.S.V.I.)
lee@rohnlaw.com

*Trudy Fenster*
(Lic. New Jersey, New York and U.S.V.I.)
trudy@rohnlaw.com

## *Lee J. Rohn and Associates, LLC*

1101 King Street, Christiansted, **St. Croix** VI  00820-4933
340.778.8855 · *Fax* 340.773.2954

1217 Bjerge Gade, K.Q., Charlotte Amalie, **St. Thomas** VI  00802
340.774.8558

TOLL FREE
866.778.0044 · *Fax* 866.778.0055

*Mary Faith Carpenter*
(Lic. New Jersey and U.S.V.I.)
maryfaith@rohnlaw.com

*Rhea R. Lawrence*
(Lic. U.S.V.I.)
rhea@rohnlaw.com

May 11, 2016

**HAND DELIVERY**

The Honorable Curtis Gomez
Judge of the District Court
Ron de Lugo Federal Building
Veterans Drive
St. Thomas, Virgin Islands   00802

RE: <u>Cary Chapin et al. v. Great Southern Wood Preserving, Inc. et al. – Civil No. 2012/77</u>

Dear Judge Gomez:

As you may recall, years ago, I came to you and asked what an attorney should do if she felt her clients were in jeopardy as a result of an apparent bias by a judge. Your suggestion was that I should write a letter and bring the issue to the judge's attention to avoid having to have a public fight.

Sadly, I am now coming to you to request that you recuse yourself from my cases. According to persons I have spoken to, you are aware of my successful efforts to block your reappointment for the federal judgeship.

I understand that you are aware of the fact that I successfully lobbied former Delegate to Congress, Donna Christiansen, to remove her letter of recommendation that you be reappointed. I accomplished this shortly after you sat on the matter of her running mate's eligibility to run as Lieutenant Governor without disclosing that you had been lobbying her for reappointment.

I also understand that you are aware of the fact that I, with the aid of my position in several PACS, successfully lobbied Delegate Stacy Plaskett not to back your reappointment.




Honorable Curtis Gomez
May 11, 2016
Page 2

As you know, I have successfully taken the position in lobbying President O'bama's office, on my own and in political groups I am affiliated with, that a Democrat should be appointed in a democratic administration and have expressed disagreement with your judicial style, among other matters. This has resulted in the decision to not reappoint you to the judgeship.

Quite frankly, I assumed that as a result of this disagreement and resulting appearance of bias against me, that you would simply voluntarily recuse yourself when a matter came up that you had to sit on. However, surprisingly, a matter has now come up and you have not done so. In fact, you have issued rulings in a case before you that are questionable in their legal reasoning, including citing to a not for publication Third Circuit ruling that is not to be used as precedence as precedence for your striking matters. I am rightfully concerned for my clients as they have gotten caught in the cross fire.

As you are aware, Liteky vs U.S. 510 U.S. 540 (1994) provides that where there is a potential prejudice or bias the obligation to recuse is on the judge and not the party. The potential bias is evaluated on an objective basis, so the issue is not the reality of the bias or prejudice, but its appearance. 28 USCA 455 (a) and 28 USCA 144.

I don't want to have to make a public fight about this issue and request that you agree that there is an appearance of bias and recuse yourself from all matters I am handling.

Cordially,

Lee J. Rohn

LJR/jw