## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CARY CHAPIN, et al., ) | |
| ) | CIVIL NO. 2012-77 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GREAT SOUTHERN WOOD PRESERVING, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Before the Court is the notice, filed May 20, 2016, that the claims between certain parties herein have "potentially" been settled. [DE 1683]. Notwithstanding the notice, and the trial of this matter being set to commence on June 6, 2016, no stipulations of dismissal as to any claims have been filed.

The premises considered, **it is hereby ORDERED** that the parties shall appear before the Court promptly at **10:30 a.m.** on **June 1, 2016** to place their settlement on the record.

**Dated:** May 28, 2016     S_____
                                                                                  **RUTH MILLER**
                                                                                  United States Magistrate Judge