# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CARY CHAPIN, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREAT SOUTHERN WOOD PRESERVING, INC, THE PUTNAM LUMBER & EXPORT COMPANY, AND PUTNAM FAMILY PROPERTIES, INC.,<br><br>    Defendants. | CIVIL NO. 2012/77<br><br><br><br>JURY TRIAL DEMANDED |
| PUTNAM LUMBER & EXPORT COMPANY, PUTNAM FAMILY PROPERTIES, INC.,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>WHITECAP INVESTMENT CORP., d/b/a PARADISE LUMBER AND MSI BUILDING SUPPLIES,<br><br>    Third Party Defendants. | |
| WHITECAP INVESTMENT CORP., d/b/a PRADISE LUMBER,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>GREAT SOUTHERN WOOD PRESERVING, INC.<br><br>    Third Party Defendant. | |

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

## **STIPULATION OF DISMISSAL**

Cary Chapin et al. v. Great Southern Wood Preserving, Inc. et al.
**STIPULATION OF DISMISSAL**
Page 2

**Come Now** Plaintiffs, Putnam Lumber & Export Company and Putnam Family Properties, Inc.( Putnam Defendants) and Whitecap Investments Corp. d/b/a Paradise Lumber, through undersigned counsels, and having settled all their claims in the matter <u>Chapin et al vs Whitecap Investment Corp. et al</u>, Case No. ST-12-CV-435, pending in the Superior Court of the Virgin Islands, by the agreement to the entry of consent judgements in favor of Plaintiffs and against Defendants Putnam Family Properties, Inc. and Whitecap Investment Corp. and other agreements, do stipulate to the dismissal of all claims the Plaintiffs have against the Putnam Defendants and or the Whitecap Defendant in this District Court matter as well as all claims of the Putnam Defendants against Whitecap and/or Whitecap against the Putnam Defendants with prejudice, all parties to bear their own costs and fees except as to expenses agreed to in the Superior Court settlement agreement.

        RESPECTFULLY SUBMITTED
        LEE J. ROHN AND ASSOCIATES, LLC

**Attorney for Plaintiffs**

Date: 5/31/16        BY:   s/ *Lee J. Rohn*
        Lee J. Rohn, Esq.
        VI Bar No. 52
        1101 King Street
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone: (340) 778-8855
        **lee@rohnlaw.com**

Cary Chapin et al. v. Great Southern Wood Preserving, Inc. et al.
**STIPULATION OF DISMISSAL**
Page 3

**Attorney for Putnam Defendants**

Date:  5/31/16                                           _s/ Robert Carlson_____
                                                        Robert Carlson, Esq.
                                                        Lee, Hernandez, Landrum, Garofalo &
                                                        Blake, A.P.C.
                                                        100 N. Biscayne Boulevard, Suite 605
                                                        Miami, FL  33132

**Attorney for Whitecap Investment
d/b/a Paradise**

Date:  5/31/16                                           _s/ Alex Moskowitz_____
                                                        Alex Moskowitz, Esquire
                                                        Dudley, Topper, and Feuerzeig, LLP
                                                        1000 Frederiksberg Gade
                                                        St. Thomas, VI  00804

Cary Chapin et al. v. Great Southern Wood Preserving, Inc. et al.
**STIPULATION OF DISMISSAL**
Page 4

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 31, 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Alex Moskowitz, Esquire
Chad Messier, Esq.
Dudley, Topper, and Feuerzeig, LLP
1000 Frederiksberg Gade
St. Thomas, VI  00804
Email Address:
 amoskowitz@dtflaw.com; fthomas@dtflaw.com
    Attorney For: Third-Party Defendant MSI Building Supplies, Whitecap Investment Corp. d/b/a Paradise Lumber

Daryl C. Barnes, Esq.
Barnes & Benoit, LLP
P.O. Box 224589
Christiansted, VI  00822
Email Address:  dbarnes@barnesbenoit.com; lgonzalez@barnesbenoit.com
    Attorney For: Great Southern Wood Preserving, Inc.

Drew Kelly, Esq.
John Stewart Baker, IV, Esq.
Lee M. Hollis
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL  35203-3200
Email Address: jbaker@lightfootlaw.com
    Attorney For: Great Southern Wood, Great Southern Wood Preserving, Incorporated

Robert Carlson, Esq.
Lee, Hernandez, Landrum, Garofalo & Blake, A.P.C.
100 N. Biscayne Boulevard, Suite 605
Miami, FL  33132
Email Address: rcarlson@lee-lawfirm.com;    Attorney For: Putnam Lumber & Export Company, Putnam Lumber & Export Company

Cary Chapin et al. v. Great Southern Wood Preserving, Inc. et al.
**STIPULATION OF DISMISSAL**
Page 5

    Daniel Cohen, Esq**.**
    Charles LaDuca, Esq.
    Cuneo Gilbert & LaDuca, LLP
    507 C Street, NE
    Washington, DC  20002
    Email Address: danielc@cuneolaw.com
    Attorney For: Plaintiffs


                                        BY:   s/ *Lee J. Rohn*     (be)