IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CARY CHAPIN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREAT SOUTHERN WOOD<br>PRESERVING, INC, *et. al.*<br>    Defendants. | CIVIL NO. 2012/77<br><br><br><br><br><br><u>JURY TRIAL DEMANDED</u> |

**REPLY TO GREAT SOUTHERN'S OPPOSITION TO STIPULATION OF DISMISSAL**

  The Settling Parties have now converted the Stipulation to a Joint Motion to Dismiss. The consent judgement and settlement agreement cannot be brought in this case for the reason stated in the Joint Motion to Dismiss because Defendant Whitecap Investment Corporation d/b/a Paradise is not a defendant as to plaintiffs in this District Court case. They cannot be made a party without the court losing diversity jurisdiction of the entire case.  As such, the consent judgements and settlement agreement must occur in the Superior Court case.   It makes no sense to try the issues of the reasonableness of the consent judgement in both the district court case and the superior court case with potential different results and the same evidence and same witnesses being used in both. It is more economic judicially as well as financially to try them all at once in the Superior Court.

  The settlement documents between the Settling Parties have not yet been finalized as they are complex and have taken several redrafts. They are confidential in nature and

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

*Cary Chapin, et. al. v. Great Southern, et. al.,* **Civil No. 2012/77**
**Reply to Great Southern's Opposition to Stipulation of Dismissal**
Page 2

will not be put on the record nor filed with the Court. They are business agreements between the parties. All that will be filed in the Superior Court will be the consent judgments and the claims assignments.

It is for a jury to decide whether the amounts of the consent judgements represent a reasonable potential judgement amount as to each settling defendant.

The Settling Parties have correctly filed a motion to allow dismissals without prejudice of the Putnam and Whitecap claims in the District Court against Great Southern so that they can be pursued together in the Superior Court in keeping with the assignment of those claims against Great Southern to the Plaintiffs.

The parties are allowed to enter into settlement agreements and plaintiffs are entitled to quantify their claims against Putnam and Whitecap. This is not an end run against any decision by this court but a legitimate decision to provide Putnam and Whitecap freedom from potential judgements and settlement costs that could bankrupt them.

Lastly, Great Southern has no claims against Putnam nor Whitecap. It makes no sense for this court to rule on the claims of Putnam and Whitecap against Great Southern as those claims have not been quantified in this case and do not mature until the amount Putnam and Whitecap owe the Plaintiffs is decided. As such, that quantification can only occur in the Superior Court without the court losing jurisdiction over this entire case. Plaintiffs have no power to prevent the Court from ruling on its claims against Great Southern, but the rest of the motions are not ripe at this time and should be dismissed without prejudice to be resolved in the Superior Court. All the discovery in this case can

*Cary Chapin, et. al. v. Great Southern, et. al.,* **Civil No. 2012/77**
**Reply to Great Southern's Opposition to Stipulation of Dismissal**
Page 3

simply be used in the Superior Court and after additional discovery on the consent judgements can be tried in the Superior Court case.

                                                         RESPECTFULLY SUBMITTED
                                                        LEE J. ROHN AND ASSOCIATES, LLC
                                                        Attorneys for Plaintiffs

DATED:  May 31, 2016                    BY:  *s/ Lee J. Rohn*
                                                        Lee J. Rohn, Esq.
                                                        VI Bar No. 52
                                                        1101 King Street
                                                        Christiansted, St. Croix
                                                        U.S. Virgin Islands 00820
                                                        Telephone: (340) 778-8855
                                                        lee@rohnlaw.com

*Cary Chapin, et. al. v. Great Southern, et. al.,* **Civil No. 2012/77**
Reply to Great Southern's Opposition to Stipulation of Dismissal
Page 4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 31, 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Alex Moskowitz, Esq.**
**Chad Messier, Esq.**
Dudley, Topper, and Feuerzeig, LLP
1000 Frederiksberg Gade
St. Thomas, VI  00804
Email Address: amoskowitz@dtflaw.com; fthomas@dtflaw.com
   Attorney For: Third-Party Defendant MSI Building Supplies, Whitecap Investment Corp. d/b/a Paradise Lumber

**Caroline L. Milewski, Esq.**
Lee, Hernandez, Landrum & Garafalo, APC
100 N. Biscayne Blvd. Suite 605
Miami, FL  33132
Email Address: CMilewski@lee-lawfirm.com
   Attorney For:  Putnam Lumber & Export Company, Putnam Family Properties, Inc.

**Daniel Cohen, Esq.**
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC  20002
Email Address: danielc@cuneolaw.com
   Attorney For: Plaintiffs

**Daryl  C. Barnes, Esq.**
Barnes & Benoit, LLP
P.O. Box 224589
Christiansted, VI  00822
Email Address: dbarnes@barnesbenoit.com; lgonzalez@barnesbenoit.com
   Attorney For: Great Southern Wood Preserving, Inc.

**Drew Kelly, Esq.**
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL  35203-3200
Email Address: dkelly@lightfootlaw.com
   Attorney For: Great Southern Wood

*Cary Chapin, et. al. v. Great Southern, et. al.,* **Civil No. 2012/77**
Reply to Great Southern's Opposition to Stipulation of Dismissal
Page 5

**John Stewart Baker, IV, Esq.**
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL  35203-3200
Email Address: jbaker@lightfootlaw.com
   Attorney For: Great Southern Wood, Great Southern Wood Preserving, Incorporated

**Lee M. Hollis, Esq.**
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203-3200
Email Address: lhollis@lightfootlaw.com
   Attorney For: Great Southern Wood

Putnam Lumber & Export Company, and Putnam Family Properties

**Ravinder S. Nagi, Esq.**
Bolt Nagi PC
5600 Royal Dane Mall, Suite 21
St. Thomas, VI  00802
Email Address: rnagi@vilaw.com; lisa@vilaw.com; vida@vilaw.com
   Attorney For: Putnam Lumber & Export Company, Putnam Family Properties, Inc.

**Robert Carlson, Esq.**
Lee, Hernandez, Landrum, Garofalo & Blake, A.P.C.
100 N. Biscayne Boulevard, Suite 605
Miami, FL  33132
Email Address: rcarlson@lee-lawfirm.com; cmilewski@lee-lawfirm.com
   Attorney For:  Putnam Lumber & Export Company, Putnam Lumber & Export Company

                                        BY:   *s/ Lee J. Rohn*         (rl)