EXHIBIT "1"



Intermountain Lumber Consulting
16645 Bar X Rd
Colorado Springs, CO  80908

(719)661-4587
aklewin@aol.com

# Invoice

| Date | Invoice # |
|---|---|
| 03/15/2016 | 031516 |
| Terms | Due Date |
| Due on receipt | 03/16/2016 |

**Bill To**

Mr. Daniel Cohen LLP
Cuneo Gilbert and LaDuca LLP
507 C St NE
Washington, D.C.  20002 USA

| Amount Due | Enclosed |
|---|---|
| $2,580.87 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Review of depositions, phone time, and research | 8 | 150.00 | 1,200.00 |
| • Stand-by time | 1.5 | 150.00 | 225.00 |
| • Travel time | 3 | 150.00 | 450.00 |
| • Mileage, round trip from Colo Spgs | 165 | 0.54 | 89.10 |
| • Deposition time, 3/15/16 | 1.25 | 350.00 | 437.50 |
| • Lodging, 3/14-3/15/16 | 1 | 179.27 | 179.27 |
| | | Total | $2,580.87 |