EXHIBIT "3"

**AMBAR INC**

*Experts in Wood Preservation and Deterioration*

H. Michael Barnes, PhD
President & CEO
506 Greensboro
Starkville, MS 39759
662-325-3056 (O)
662-323-5799 (H)
662-418-1213 (C)

*International Professional Consulting in Wood Deterioration & Preservation*

TO:  Lee J. Rohn & Associates, LLC
     1101 King Street
     Christiansted, St. Croix, VI 00820-4933

From: H. Michael Barnes, Ph.D
      President & CEO
      506 Greensboro Street
      Starkville, MS 39759

REF: Cary Chapin et al., v. Great Southern
     Wood Preserving, Inc. et al.

April 8, 2016
HMB 1316a

| INVOICE FOR SERVICES [Payable to: AMBAR, Inc. TIN: 64-0776308] | | | |
|---|---|---|---|
| | QUANITY | RATE | AMOUNT |
| Deposition preparation, reading/analysis of documents | 15.25 hrs. | $300.00 | $4,575.00 |
| Deposition (04/07/2016) | 1 | $3,400.00 | $3,400.00 |
| | | | |
| | | | |
| | | | |
| | | TOTAL PAYABLE | $7,975.00 |