# EXHIBIT "4"

# FLYNN & ASSOCIATES, INC.

## WOOD SCIENCE & TECHNOLOGY

P.O. Box 805
El Cerrito, CA 94530-0805
Tel (510) 758-4686
Fax (510) 758-4893
k_flynn@sbcglobal.net
Tax ID # 30-0390138

| INVOICE | | |
|---|---|---|
| DATE | NUMBER | PAGE |
| 02/01/16 | 10640 | 1 |
| CASE NUMBER | | |
| 13013 | | |

B
I
L
L

T
O

Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
**ATTN: Daniel Cohen, Esq.**

S
I
T
E

Virgin Islands v. Great Southern

| CLIENT NUMBER | YOUR REF NUMBER |
|---|---|
| A0274 | |

| DATE | HRS | RATE | ACTIVITY | OTHER | | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/08/16 | 5.8 | $350.00 | Review notes, literature | | | $2,030.00 | $2,030.00 |
| 01/09/16 | 4.8 | $350.00 | Review photographs, files | | | $1,680.00 | $3,710.00 |
| 01/10/16 | 2.5 | $350.00 | Review and summarize materials, thoughts and opinions | | | $875.00 | $4,585.00 |
| | | | | | | | $4,585.00 |
| 01/11/16 | 8.0 | $350.00 | Meeting with Daniel Cohen (DC), depo preparation | | | $2,800.00 | $7,385.00 |
| 01/12/16 | 2.5 | $150.00 | Travel | BART | $10.93 | $385.93 | $7,770.93 |
| 01/12/16 | 5.8 | $450.00 | Deposition | | | $2,610.00 | $10,380.93 |
| 01/12/16 | 4.2 | $350.00 | Meeting w/ DC, depo preparation, address questions | | | $1,470.00 | $11,850.93 |
| 01/13/16 | 2.5 | $150.00 | Travel | BART | $10.93 | $385.93 | $12,236.86 |
| 01/13/16 | 1.5 | $350.00 | Meeting with DC, find documents for deposition | | | $525.00 | $12,761.86 |
| 01/13/16 | 6.0 | $450.00 | Deposition | | | $2,700.00 | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |
| | | | | | | | $15,461.86 |

REMIT TO: P.O. Box 805
El Cerrito, CA 94530-0805          *Date Due:    3/1/16

**Total Due:    $15,461.86**

**\*All invoices are payable upon receipt and are considered past due if not paid in full on or before the Date Due.**
 **All past due accounts are subject to a late fee of 1 1/2% per month, to 18% per annum.**

**OFFICE COPY**